IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**PETER BANKS**                                                                                              **PLAINTIFF**

v.                              Case No. 4:20-cv-00182 KGB

**MICHAEL MOORE, individually and in**
**his official capacity as a police officer for**
**the City of England, Arkansas**                                                              **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that the Court dismisses with prejudice plaintiff Peter Banks's claims under 42 U.S.C. § 1983 and the Arkansas Civil Rights Act ("ACRA"), Arkansas Code Annotated § 16-123-101 *et seq*., alleging deprivation of his Fourth and First Amendment rights, and substantive and procedural Due Process rights against separate defendants Michael Moore, individually, and Michael Moore, in his official capacity as a police officer for the City of England, Arkansas to extent those rights under Arkansas law equate to those rights under federal law. The relief sought is denied. The Court declines to exercise supplemental jurisdiction over Mr. Banks's remaining state law claims.

So adjudged this 31st day of March, 2022.

*[signature]*
Kristine G. Baker
United States District Court Judge